```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| Kader Yahawi, | : | CIVIL ACTION |
| | : | NO. 19-1952 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Boilermaker-Blacksmith | : | |
| National Pension Trust, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this **29th** day of **July, 2020,** after considering Defendant's Motion for Summary Judgment (ECF No. 15), Plaintiff's response (ECF No. 22), and Defendant's reply (ECF No. 23), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (ECF No. 15) is **GRANTED;** and

2. Defendant's Motion for Leave to File a Reply Brief (ECF No. 23) is **GRANTED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**